# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3797
_____

EDWARD TYRONE RIDLEY,

    Appellant,

    v.

MELINDA COONROD, LARRY
BASFORD, FLOYD GRIFFITH,
HERMAN D. LARAMORE, RON
DESANTIS, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

February 12, 2024

PER CURIAM.

    AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Edward Tyrone Ridley, pro se, Appellant.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellees.